THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAVIER GUZMAN-SANTOS,<br><br>Defendant. | CASE NO. CR15-0308-JCC<br><br>MINUTE ORDER CONTINUING TRIAL |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's unopposed motion to continue the trial date from November 23, 2015, to January 25, 2016, and the pretrial motions deadline to December 20, 2015. (Dkt. No. 17.) Defendant has signed and executed a waiver of his speedy trial rights under the Sixth Amendment and the Speedy Trial Act. (Dkt. No. 18.) Having thoroughly considered the motion papers, Defendant's waiver, and the relevant record, the Court hereby GRANTS the motion.

The Court finds that the interests of justice would be served in allowing the trial, as well as the pretrial motions deadline, to be continued due to the considerations outlined in 18 U.S.C. § 3161(h)(7)(B)(iv). Defense counsel has indicated that he requires additional time to adequately prepare for trial. Therefore, due process considerations "outweigh the best interest of the public

and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Thus, the period of delay from the date of this order to the new trial date of January 25, 2016, is excludable time under 18 U.S.C. § 3161(h)(7)(A).

The trial date is CONTINUED to January 25, 2016, and pretrial motions shall be due by December 20, 2015. Trial briefs and proposed *voir dire* are due to the Court on or before Friday, January 15, 2016. A list of agreed upon and contested proposed jury instructions is due to the Court on or before Tuesday, January 19, 2016.

DATED this 2 day of November 2015.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk