THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAVIER GUZMAN-SANTOS,<br><br>Defendant. | CASE NO. CR15-0308-JCC<br><br>MINUTE ORDER CONTINUING EVIDENTIARY HEARING AND TRIAL DATE |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion to suppress (Dkt. No. 22) and his second unopposed motion to continue trial (Dkt. No. 27). The Court previously scheduled an evidentiary hearing on the motion to suppress for January 12, 2016. (Dkt. No. 25.)

Upon review of the motion to continue, the Court finds that the ends of justice will be served by granting this continuance and outweigh the best interests of the public and the defendant in a speedy trial and that the failure to grant a continuance of the trial date would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Trial in this matter is hereby CONTINUED to May 25, 2016 at 9:30 a.m.

The Court finds that the ends of justice are served by this continuance due to the need for

more complex review of a DNA report including consultation with an expert, and the possibility of additional discovery. (*See* Dkt. No. 27 at 1–2.) Accordingly, the period of delay from the date of his order through the new trial date will be excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).[1]

In light of the continued trial date, the Court also hereby CONTINUES the evidentiary hearing on Defendant's Motion to Suppress for Tuesday, January 26, 2016 at 9:00 a.m.

DATED this 5th day of January 2016.

William M. McCool<br>
Clerk of Court<br>
<br>
s/Paula McNabb<br>
Deputy Clerk

---

[1] The Court also notes that Mr. Guzman-Santos has executed a speedy trial waiver that will be forthcoming. (Dkt. No. 27 at 2.)

MINUTE ORDER CONTINUING EVIDENTIARY
HEARING AND TRIAL DATE, CR15-0308-JCC
PAGE - 2